# SMART Recovery Intervention Center

To:        Whom it may concern

From:      Dr. Bernice Gordon-Young

Date:      June 4, 2024

Reference: Aaron Rossi

This letter is to confirm the attendance and participation of services in the SMART Recovery program for Aaron Rossi. Mr. Rossi completed 3 of 5 aspects of the program, which include mental health counseling and REBT (Rational Emotive Behavior Therapy). His participation in the program has been good. Mr. Rossi has demonstrated leadership within the group and serves as a source of support for many of the detainees in the class as well. He is aligned with successfully completing the program at this point. If you have additional questions, with a signed consent, we can discuss them further if necessary.

Client enrolled in:

Mental Health Counseling

SMART Recovery

Respectfully,

*Dr. Bernice Gordon-Young*

Bernice Gordon-Young, PhD, LCPC

Peoria County Jail